UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA GONZALEZ,

    Plaintiff,

v

EDUSTAFF, LLC, a Michigan limited liability company, and BLOOMINGDALE PUBLIC SCHOOLS,

    Defendants.

Case No. 1:23-cv-01029

Hon. Paul L. Maloney

| | |
|---|---|
| Robert M. Howard (P80740)<br>Bradley K. Glazier (P35523)<br>Bos & Glazier, P.L.C.<br>a division of Cunningham Dalman, P.C.<br>*Attorneys for Plaintiff*<br>940 Monroe Avenue N.W., Suite 253<br>Grand Rapids, MI 49503<br>616-458-6814<br>robert@cunninghamdalman.com<br>brad@cunninghamdalman.com | Leigh M. Schultz (P71038)<br>Barbara A. Moore (P83123)<br>Miller Johnson<br>*Attorneys for Defendants*<br>100 W. Michigan Avenue, Suite 200<br>Kalamazoo, MI 49007<br>269-226-2950<br>schultzl@millerjohnson.com<br>mooreb@millerjohnson.com |

## SETTLEMENT AND RELEASE AGREEMENT

    This Settlement and Release Agreement ("Agreement") is entered into by and between **Amanda Gonzalez** ("Named Plaintiff"), **Bobbie Disbrow**, **Hannah Hopson** (Disbrow and Hopson are collectively referred to as "Opt-In Plaintiffs"), (collectively, the Named Plaintiff and Opt-in Plaintiffs are the "Plaintiffs"), and Defendants **EDUStaff, LLC** ("EDUStaff") and **Bloomingdale Public Schools** ("BPS") (collectively, EDUStaff and BPS are the "Defendants"). The Plaintiffs and Defendants are collectively the "Parties," and each of them is a "Party."

## RECITALS

    WHEREAS, on September 28, 2023, Named Plaintiff filed the Lawsuit alleging that EDUStaff and the Bloomingdale Public Schools Board of Education failed to pay overtime to Named Plaintiff and other similarly-situated individuals in accordance with the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., as amended (the "FLSA"), which lawsuit is titled *Amanda Gonzalez v. Edustaff, LLC and Bloomingdale Public Schools*, Case No. 1:23-cv-01029, pending in the United States District Court for the Western District of Michigan (the "Lawsuit");

WHEREAS, on October 6, 2023, Named Plaintiff filed a Notice of Consent to Join (ECF No. 5, PageID.33-34) with attached "Consent to Join" forms signed by Opt-In Plaintiffs (ECF No. 5-1, PageID.35-37) indicating their intent and consent to join the Lawsuit as plaintiffs to pursue their claims against Defendants of alleged unpaid overtime under the FLSA;

WHEREAS, on October 24, 2023, Named Plaintiff filed a First Amended Complaint dismissing the Bloomingdale Public Schools Board of Education as a Defendant and naming BPS as a Defendant;

WHEREAS, as a result of arms' length negotiations through counsel, Plaintiffs and Defendants desire to compromise and settle, without any admission of liability or fault, the Lawsuit, and all claims that were or could have been asserted in the Lawsuit, according to the terms of this Agreement;

WHEREAS, Plaintiffs, through their undersigned counsel, have (a) made a thorough and independent investigation of the facts and law relating to the allegations and claims in the Lawsuit; (b) concluded that the terms of this Agreement are fair, reasonable, and adequate, and; (c) concluded that it is in the best interest of Plaintiffs to resolve and settle the Lawsuit, pursuant to the terms set forth herein; and

WHEREAS, the Parties seek to resolve all disputes between them without litigation, and agree to a general release of all claims;

NOW, THEREFORE, for these reasons and in consideration of the representations, covenants, and mutual promises set forth in this Agreement, Plaintiffs and Defendants agree as follows:

**1. Court Approval.** This Agreement is contingent upon the Court's entry of a final order in the Lawsuit (a) approving this Agreement; and (b) approving the payments described in sections 2 and 3, and (c) permitting dismissal of this Lawsuit as described in section 6. The Parties authorize their attorneys to take all actions necessary to execute and file all documents to fulfill these contingencies.

**2. Payments.** In exchange for the waivers, releases and promises of Plaintiffs as stated in this Agreement, EDUStaff will pay the Plaintiffs and all other similarly-situated employees and former employees of EDUStaff who were assigned to perform both food service and custodial work during the same workweek(s) at BPS during the relevant time period, two and a half (2.5) times the amount of unpaid overtime to which they are allegedly entitled and for which they were not paid for a period of three (3) years prior to the filing of the Lawsuit. Plaintiffs and the other similarly situated employees to whom payment will be made are collectively referred to in the Agreement as the "Settlement Parties". The list of all Settlement Parties and the amounts they will receive is attached to this Agreement as **Exhibit A**. Although the Settlement Parties include employees and former employees of EDUStaff who are not parties to the Lawsuit, Plaintiff's counsel relies upon Defendant's counsel's representation that Exhibit A is an accurate calculation of the amounts that would be allegedly owed to each Settlement Party per the terms of this Agreement had the Settlement Party opted into the Lawsuit. Plaintiff's counsel also confirms that the Payments made to the Plaintiffs are correct and in full satisfaction of the claims raised in

the Lawsuit. Payment to the Plaintiffs will be sent by EDUStaff to Plaintiffs' Counsel for distribution to each Plaintiff no later than 28 days following entry of a final order by the Court approving this Agreement. Payments to the other Settlement Parties will be sent by EDUStaff to or directly deposited into the accounts of each Settlement Party. EDUStaff will confirm with Plaintiffs' Attorneys once all such payments have been made. The payments made by EDUStaff pursuant to this Section 2 will be reported to the IRS on IRS Form W-2 and will be reduced by the Settlement Party's share of all applicable employment taxes.

3. **Attorneys' Fees and Costs.** In further exchange for the waivers, releases and promises of Plaintiffs as stated in this Agreement, EDUStaff agrees to pay to Plaintiffs' attorneys, Cunningham Dalman, PC ("Plaintiffs' Attorneys"), the actual attorneys' fees and costs incurred related to this Lawsuit through the date of the Court order approving this Agreement, up to a maximum of Fifteen Thousand and 00/100 Dollars ($15,000.00). Attached to this Agreement as Exhibit B is a certification from Plaintiffs' Attorneys that contains a detailed accounting of their hourly billing rates, the actual time expended on each task related to the Lawsuit through January 18, 2024, and all costs incurred related to this Lawsuit. Plaintiffs' Attorneys will provide Defendants' Attorneys with updated accounting of attorney fees and costs following the Court's approval of this Agreement. Under no circumstances will EDUStaff pay more than $15,000.00 to Plaintiffs' Attorneys as part of the resolution of this Lawsuit. The payment made by EDUStaff pursuant to this Section 3 will be reported to the IRS on IRS Form 1099. Plaintiffs' Attorneys agree to provide an executed IRS Form W-9 as a condition for receipt of this check. Payment to Plaintiffs' Attorneys for the amount stated in Exhibit B will be sent by EDUStaff no later than 28 days following entry of a final order by the Court approving this Agreement as long as all conditions herein have been met. Plaintiffs and Plaintiffs' Attorneys acknowledge and agree that the amounts described in this Section 3, up to a maximum of $15,000.00, are the only attorney fees, costs and/or expenses which will be paid by any Defendant and that no additional or future claims for such fees, costs and/or expenses may be brought against EDUStaff and/or BPS.

4. **Tax Obligations.** The Plaintiffs and Plaintiffs' Attorneys are responsible for correctly characterizing for tax purposes any payment they receive pursuant to the terms of this Agreement. They are also responsible for paying the employee portion of any taxes owed on such payment. EDUStaff is responsible for paying the employer's share of the FICA taxes on any wage payments.

5. **No Fringe Benefits.** None of the payments described in this Agreement will be subject to matching contributions or included as benefit-eligible earnings under any benefit plan or policy of the Defendants or any of their current or former parent companies, subsidiaries, predecessors, successor or affiliates.

6. **Dismissal of the Lawsuit.** Within ten (10) days of EDUStaff's payment of the settlement amounts to Plaintiffs and Plaintiffs' Attorneys pursuant to Sections 2 and 3, the Plaintiffs and Defendants agree to submit to the Court a stipulation for dismissal of the Lawsuit with prejudice and without any award of costs or fees to any party.

3

7.  **Release.**  In exchange for the payments described in Sections 2 and 3 of this Agreement, each Plaintiff waives, releases and forever discharges Defendants and all of their past and present affiliated, parent, sister or subsidiary entities, and all entities in a relationship of common control with any of them, all employee benefit plans sponsored, maintained or administered by any of those entities, and their past, present and future shareholders, members, owners, directors, officers, trustees, board members, insurers, attorneys, employees, representatives, predecessors, successors, and assigns (the "Released Parties") from any and all claims, allegations, charges, suits, demands, injuries, losses, damages, liabilities and causes of action (collectively, "Claims") under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), or any other state, federal or local law or rule related to compensation, wages, hours, or overtime pay, whether presently known or unknown to the parties, arising from any fact, circumstance, or event that occurred or existed at any time before the Plaintiffs sign this agreement.

Plaintiffs further agree to irrevocably and unconditionally waive, release, and forever discharge any claim that they have or may have had against the Released Parties for attorneys' fees, costs, or expenses associated with the Lawsuit, including but not limited to the attorneys' fees, costs, or expenses associated with Plaintiffs' Attorneys' representation of the Plaintiffs in the Lawsuit, except as specifically provided for in this Agreement.  Plaintiffs further understand and agree that the fees and costs provided for in this Agreement are the full, final, and complete payment of all attorneys' fees, costs, and expenses associated with Plaintiffs' Attorneys' representation in this Lawsuit.

8.  **No Future Claims.**

    A.  The Plaintiffs agree that they will not initiate, pursue, or participate in any proceeding that is based on any Claim or right that they released in this Agreement. The Plaintiffs agree that they will not, with respect to any claim or right that they released in this Agreement, (i) opt in to any FLSA collective action; (ii) seek or participate in seeking court approval of any collective action under the FLSA or any class action under any other law; or (iii) receive any remedy, remuneration, benefit, or other thing of value in connection with any action, proceeding, Claim, threatened Claim, or demand against the Defendants.

    B.  To the extent that any Settlement Party who is not a Plaintiff seeks to initiate, pursue, or participate in any proceeding that is based on any claim that Defendants failed to pay wages or overtime to that Settlement Party in accordance with any state, federal or local law or rule related to compensation, wages, hours, or overtime pay, this Agreement may be asserted as a defense to any such Claim.

9.  **Effect of Failure to Grant Final Approval.**  This Agreement and payment of the amounts stated in Sections 2 and 3 are contingent upon the Court's approval of the settlement and this Agreement.  In the event: (1) the Court fails to enter a final order approving this Agreement and the settlement of the Lawsuit; and (2) a Party does not seek reconsideration or appellate review of the decision denying entry of the judgment, the Parties will attempt in good faith to renegotiate the settlement to resolve any deficiencies identified by the Court, and seek Court approval of the renegotiated settlement.  If these good faith negotiations fail, then the settlement of the Lawsuit and this Agreement will become null and void ab initio. Any reduction of the amount paid to

4

Plaintiffs' Attorneys under section 3 of this Agreement will not constitute a material modification of this Agreement and will not be grounds to void the settlement of the Lawsuit or this Agreement. If the Court fails to grant final approval to this settlement, the limitation on the attorney fees due Plaintiffs' Attorneys will also be void.

10. **No Admission of Liability.** The Parties acknowledge that this Agreement represents the compromise of a disputed claim and that any claim of liability is denied. No term of this Agreement, nor any action taken by any Party in connection with this Agreement, shall be interpreted to render any Party a prevailing party for any reason, including but not limited to an award of attorney fees or costs. Any attorney fees and costs claimed by Plaintiffs are included in the amounts paid under Section 3.

11. **Acknowledgments.**

A. The Plaintiffs acknowledge that, upon their receipt of the payments described in Section 2 of this Agreement, they have been properly paid all monies allegedly owed to them by Defendants, including all wages, benefits, and any other monies to which they claim they are entitled on account of any hours that they worked or allegedly worked, and that they are not entitled to any additional wages, benefits, or other amounts or payments.

B. Each Plaintiff acknowledges that the Plaintiff has read this Agreement in its entirety, has had full opportunity to consult with attorneys of their choice regarding the terms of this Agreement, understands all of its terms, and enters into this Agreement knowingly and voluntarily.

12. **Signatures:** This Agreement may be signed in one or more counterparts. The Agreement will be deemed to be fully signed once all of the Parties have signed one or more counterparts. Any Party may sign or deliver the Agreement or a counterpart by electronic means, including electronic signatures, email or telefax.

13. **Entire Agreement:** This Agreement states the entire agreement of the Parties with regard to the resolution of the Lawsuit, and it replaces any previous discussions, communications, or understandings with regard to its subject matter. This Agreement may not be modified except in writing and signed by the Plaintiffs and Defendants.

**Amanda Gonzalez**
*DocuSigned by: Amanda Gonzalez*
Date: 2/1/2024

**Hannah Hopson**
*DocuSigned by: H. Hopson*
Date: 2/14/2024

**Bobbie Disbrow**
*DocuSigned by: [signature]*
Date: 2/1/2024

5

**Edustaff, LLC**

By: _[signature]_
Its: _Exec Director of Human Resources_
Date: _2/12/2024_


**Bloomingdale Public Schools**

By: _____
Its: _____

Date: _____

6

MJ_DMS 37318108v1

**Edustaff, LLC**

By: _____
Its: _____

Date: _____


**Bloomingdale Public Schools**

By: _____Dr. Doanne Dobbins_____
Its: _____
        Superintendent

Date: ____February 12, 2024____

DocuSign Envelope ID: 8G84D6F8-93CE-48A5-A50D-5F04AE0E98FF

**EXHIBIT A**

# EXHIBIT A

**EXHIBIT A**

DocuSign Envelope ID: 8G84D6F8-93CE-48A5-A59D-5F04AE0E98FF

## Exhibit A

| Settlement Party | Overtime Owed | Settlement Payment (OT owed x 2.5) |
|---|---|---|
| Amanda Gonzalez | $1,959.68 | **$4,899.20** |
| Bobbie Disbrow | $970.05 | **$2,425.13** |
| Hannah Hopson | $413.01 | **$1,032.53** |
| Thomas Waldo | $1,311.99 | **$3,279.98** |
| Ruth Webb | $473.26 | **$1,183.15** |
| Veronica Hutchins | $316.35 | **$790.88** |
| Rosendo Gonzalez | $155.19 | **$387.98** |
| Rebecca Stone | $114.71 | **$286.78** |
| Maria Janeczek | $100.13 | **$250.33** |
| Lorrie Stanbro | $52.80 | **$132.00** |
| Moira Hostetler | $48.64 | **$121.60** |
| Andrea Castle | $46.51 | **$116.28** |
| Carrie Gumpert | $43.92 | **$109.80** |
| Heather Krall | $42.84 | **$107.10** |
| Danyell Carpenter | $40.50 | **$101.25** |
| James Bauer | $39.00 | **$97.50** |
| Tracy Cripps | $33.36 | **$83.40** |
| Krista Polvado-Tanner | $29.20 | **$73.00** |
| Kimberly Sumerix | $23.78 | **$59.45** |
| Abel Jackson | $22.66 | **$56.65** |
| Mark Warner | $6.00 | **$15.00** |
| Earnest Payne | $3.74 | **$9.35** |

DocuSign Envelope ID: 8C84D6F8-936E-48A5-A50D-5F04AE0E98FF

**EXHIBIT B**

# EXHIBIT B

**EXHIBIT B**

DocuSign Envelope ID: 8C84D6F8-936E-48A5-A50D-5F04AE0F98FF

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

AMANDA GONZALEZ,

    Plaintiff,

V

EDUSTAFF, LLC, a Michigan limited liability company, and BLOOMINGDALE PUBLIC SCHOOLS,

    Defendants.

Case No. 1:23-cv-01029

HON. PAUL L. MALONEY

| Robert M. Howard (P80740)<br>Bradley K. Glazier (P35523)<br>Bos & Glazier, P.L.C.<br>a division of Cunningham Dalman, P.C.<br>*Attorneys for Plaintiff*<br>940 Monroe Avenue N.W., Suite 253<br>Grand Rapids, MI  49503<br>616-458-6814<br>robert@cunninghamdalman.com<br>brad@cunninghamdalman.com | Leigh M. Schultz (P71038)<br>Barbara A. Moore (P83123)<br>Miller Johnson<br>*Attorneys for Defendants*<br>100 W. Michigan Avenue, Suite 200<br>Kalamazoo, MI  49007<br>269-226-2950<br>schultzl@millerjohnson.com<br>mooreb@millerjohnson.com |
|---|---|

## **AFFIDAVIT OF BRADLEY K. GLAZIER IN SUPPORT OF MOTION FOR APPROVAL OF FLSA SETTLEMENT**

STATE OF MICHIGAN    )
                                )ss
COUNTY OF OTTAWA   )

    Bradley K. Glazier, being first duly sworn, states as follows as his Affidavit in Support of the parties' Joint Motion to Approve Settlement Agreement.

1. The following statements are based upon my personal knowledge or my review of the business records of the law firm of Cunningham Dalman, PC. If sworn as a witness, I am competent to testify as to the statements made in this Affidavit.

2. I am partner of the law firm Cunningham Dalman, PC, and limit my practice to civil litigation with an emphasis on employment matters.

3. I am a graduate of Eastern Michigan University and the College of Law at the University of Toledo. I graduated from the University of Toledo in June, 1983 and have been admitted to practice before all courts in the State of Michigan, the Eastern and Western Districts of Michigan, the 6th Circuit Court of Appeals, the 9th Circuit Court of Appeals and the United States Supreme Court. I am a member of the American Board of Trial Advocates, the National Employment Lawyers Association and have been named as Best Lawyers' 2024 Grand Rapids Litigation - Labor and Employment "Lawyer of the Year."

4. At the outset of this case, my rate for billing employment litigation matters such as this case was $400 per hour. To my knowledge, the rate of $400 per hour is consistent with what other attorneys with comparable skill and experience charged in employment litigation matters.

5. To the best of my knowledge, the time entries reflected for Robert Howard and myself, referenced in the table as Exhibit B to the parties' Settlement Agreement, reflect the actual time spent on the tasks described and the time spent was necessary for the preparation for and settlement of this matter.

6. Robert Howard, the associate attorney referenced in the Plaintiff's Brief in Support of Unopposed Motion for Approval of FLSA Settlement, worked under my supervision.

7. The work performed by Robert Howard in this matter is work that would have been performed by myself, had he not been available to do the work at a lower rate of $300 per hour.

8. Robert Howard has been an attorney for eight years. He was recognized in Grand Rapids magazine as a top Employment and Labor Law attorney in 2024. He was recognized in Best Lawyers in America in 2021, 2022, 2023, and 2024 for his employment work. He was also named a Super Lawyer Rising Star in Employment Law in 2021, 2022, and 2023.

9. I have reviewed the bill of costs and attorney fees and affirm that the costs were incurred and the entries and time spent for each entry are accurate to the best of my knowledge.

Bradley K. Glazier

Subscribed and sworn to before me,
this ____ day of January 2024

Yvette Mendoza
Notary Public, Ottawa County, Michigan
My commission expires:

Date: 01/22/2024        **Detail Transaction File List**        Page: 1
Cunningham Dalman, P.C.

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 41084.00000 Gonzalez/Amanda** | | | | | | | | | |
| 41084.00000 | 09/12/2023 | RMH | P | 1 | 300.00 | 5.60 | 1,680.00 | initial review of documents (1.60); call with client (.80); draft CFA, direction to YRM, RKK (.40); continued review of docs (.90); Legal research on split jobs, DOL guidance (1.90) | 1 |
| 41084.00000 | 09/13/2023 | RMH | P | 1 | 300.00 | 4.50 | 1,350.00 | entry of hours for last 3 years into a spreadsheet for damages calculations | 2 |
| 41084.00000 | 09/19/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | Review potential collective members (.10); email to client re next steps (.10) | 3 |
| 41084.00000 | 09/25/2023 | RMH | P | 1 | 300.00 | 6.40 | 1,920.00 | Legal research on collective actions (.80); Legal research on FLSA to schools (.80); drafting of complaint (4.80) | 4 |
| 41084.00000 | 09/26/2023 | BKG | P | 1 | 400.00 | 0.50 | 200.00 | Review and edit draft complaint (.40); enote exchange with atty Howard re same (.10); | 5 |
| 41084.00000 | 09/28/2023 | YRM | P | 417 | | | 402.00 | Michigan Western District Court; Filing Fee | 1 |
| 41084.00000 | 09/28/2023 | RMH | P | 1 | 300.00 | 2.10 | 630.00 | call with client re complaint questions (.20); edits to complaint, email to client to review (.80); edits to complaint following client email (.40); send consent to join form through DocuSign (.20); respond to multiple client emails (.20); research comp time issue, questions to client (.30) | 6 |
| 41084.00000 | 09/28/2023 | BKG | P | 1 | 400.00 | 0.40 | 160.00 | Tel conf with atty Howard re draft complaint (.10); review of filed version of the complaint and attached exhibits (.30); | 7 |
| 41084.00000 | 09/29/2023 | RMH | P | 1 | 300.00 | 3.90 | 1,170.00 | review Disbrow and Hopson payroll records (1.20); call w/ Disbrow re joining suit (.70); draft fee agreement and consent to join form (.30); call w/ Hopson re joining suit (.70); draft fee agreement and consent to join form (.30); directions to JFL re pay records (.20); send complaint to clients with email re process (.20); review consent to join rules, email to JFL re notice filing (.30) | 8 |
| 41084.00000 | 10/02/2023 | BKG | P | 1 | 400.00 | 0.10 | 40.00 | Review of notice of assignment to Judge Maloney (.10); | 9 |
| 41084.00000 | 10/11/2023 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | review and respond to client email re additional plaintiff | 11 |
| 41084.00000 | 10/18/2023 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | review and respond to client email re answer response date | 12 |
| 41084.00000 | 10/19/2023 | BKG | P | 1 | 400.00 | 0.50 | 200.00 | tel conf with atty Ostrowski re request to amend the complaint (.10); tel conf with atty Howard re same (.10); email exchange with atty Ostrowski re same (.10); email exchange with atty Howard re contact from counsel for EDUstaff (.20); | 13 |
| 41084.00000 | 10/19/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | review email from edustaff counsel (.10); review email from BPS counsel (.10) | 14 |
| 41084.00000 | 10/20/2023 | RMH | P | 1 | 300.00 | 0.50 | 150.00 | email with client re other class members (.10); create first amended complaint (.40) | 16 |
| 41084.00000 | 10/23/2023 | BKG | P | 1 | 390.00 | 0.10 | 39.00 | tel conf with atty Howard re contact by attorney for EduStaff and service of EduStaff and contact from reporter about the case (.20); | 17 |
| 41084.00000 | 10/23/2023 | RMH | P | 1 | 300.00 | 0.40 | 120.00 | edits to Gonzalez damages calculations | 18 |
| 41084.00000 | 10/24/2023 | BKG | P | 1 | 400.00 | 0.30 | 120.00 | Review of filed version of the amended complaint and exhibits (.30); | 19 |
| 41084.00000 | 10/24/2023 | RMH | P | 1 | 300.00 | 0.90 | 270.00 | interview with Fox17 re complaint and collective issues to reach potential opt in clients (.60); email exchanges with client re multiple issues (.30) | 20 |
| 41084.00000 | 10/25/2023 | BKG | P | 1 | 400.00 | 0.10 | 40.00 | tel conf with atty Howard re contact with opposing counsel and agreement re timing for answer to amended complaint (.10); | 22 |
| 41084.00000 | 10/25/2023 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | review and respond to email from opposing counsel re answer/service | 23 |
| 41084.00000 | 10/26/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | directions to JFL re acceptance of service | 27 |
| 41084.00000 | 10/27/2023 | BKG | P | 1 | 400.00 | 0.20 | 80.00 | Review of signed release by a potential opt in plaintiff and email exchange with atty Howard re same (.20); | 25 |
| 41084.00000 | 10/27/2023 | RMH | P | 1 | 300.00 | 0.40 | 120.00 | Call with potential plaintiff re case (.40) | 26 |
| 41084.00000 | 10/30/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | review correspondence from opposing counsel re | 28 |

Date: 01/22/2024                **Detail Transaction File List**                Page: 2

Cunningham Dalman, P.C.

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 41084.00000 Gonzalez/Amanda** | | | | | | | | | |
| | | | | | | | | stip (.10); review stip and approve filing (10) | |
| 41084.00000 | 11/02/2023 | BKG | P | 1 | 400.00 | 0.20 | 80.00 | tel conf with atty Howard re case status and settlement offer and next steps (.20); | 33 |
| 41084.00000 | 11/02/2023 | RMH | P | 1 | 300.00 | 0.30 | 90.00 | call with opposing counsel Leigh Schultz re payments to employees (.20); review damages summaries, calculations for possible resolution (.10) | 34 |
| 41084.00000 | 11/06/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | multiple email exchanges with client re damages and additional plaintiffs | 35 |
| 41084.00000 | 11/07/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | edits to damages summary (.10); respond to client email re damages, answer date (.10) | 36 |
| 41084.00000 | 11/07/2023 | BKG | P | 1 | 400.00 | 0.10 | 40.00 | Review of email exchanges re service of process on Bloomingdale Public Schools (.10) | 37 |
| 41084.00000 | 11/13/2023 | BKG | P | 1 | 400.00 | 0.40 | 160.00 | Review of settlement offer by defendants and file review (.20); note to file re offer (.10); email to atty Howard re same (.10); | 38 |
| 41084.00000 | 11/13/2023 | RMH | P | 1 | 300.00 | 0.20 | 60.00 | review and respond to opposing counsel correspondence | 39 |
| 41084.00000 | 11/14/2023 | BKG | P | 1 | 400.00 | 0.20 | 80.00 | Review of proposed order of substitution of counsel (.10); review of opposing counsel spreadsheet re wage loss calculations (.10); | 40 |
| 41084.00000 | 11/14/2023 | RMH | P | 1 | 300.00 | 2.30 | 690.00 | review records provided by opposing counsel (.70); edits to damages spreadsheet (.40); email to opposing counsel re math behind numbers (.10); review sampling of data, new calculations, email to opposing counsel re 29% difference (1.10) | 41 |
| 41084.00000 | 11/15/2023 | BKG | P | 1 | 400.00 | 0.70 | 280.00 | tel conf with atty Howard re blended rate, calculating damages, and settlement terms (.30); email exchange with atty Howard re research on calculating damages (.10); email exchanges with atty Howard re terms of counter-offer to opposing counsel (30); | 42 |
| 41084.00000 | 11/15/2023 | RMH | P | 1 | 300.00 | 1.40 | 420.00 | review of authorities on overtime calculations (1.30); email to opposing counsel re settlement (.10) | 43 |
| 41084.00000 | 11/17/2023 | BKG | P | 1 | 400.00 | 0.40 | 160.00 | Continued review, edit and proof of brief opposing motion to dismiss and direction to staff re same (.40). | 44 |
| 41084.00000 | 11/20/2023 | BKG | P | 1 | 400.00 | 0.40 | 160.00 | Final edits and proof of brief opposing defendants' motion to dismiss and direction to staff re same (.40). | 45 |
| 41084.00000 | 11/27/2023 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | review and respond to client email re status | 46 |
| 41084.00000 | 12/01/2023 | BKG | P | 1 | 400.00 | 0.80 | 320.00 | Review of ethical obligations to potential opt-in plaintiffs, review of latest offer from opposing counsel,  and tel conf with atty Howard response to offer (.40); review and edit draft email prepared by atty Howard to opposing counsel re terms of settlement proposal (.40); | 47 |
| 41084.00000 | 12/01/2023 | RMH | P | 1 | 300.00 | 0.40 | 120.00 | call with BKG re duty to class (.20); email to opposing counsel re offer (.20) | 48 |
| 41084.00000 | 12/04/2023 | BKG | P | 1 | 400.00 | 0.20 | 80.00 | Review of email from opposing counsel re acceptance of last offer and email exchange with atty Howard re same (.20); | 49 |
| 41084.00000 | 12/04/2023 | RMH | P | 1 | 300.00 | 0.30 | 90.00 | review and respond to opposing counsel email (.10); email to client re negotiations (.20) | 50 |
| 41084.00000 | 12/13/2023 | BKG | P | 1 | 400.00 | 0.50 | 200.00 | Review of order to show cause re late answer to the complaint and office conf with atty Howard re same (.20); review of corp disclosure (.10); email exchange with opposing counsel re suggestion for addressing the motion to show cause (.20); | 51 |
| 41084.00000 | 12/13/2023 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | email with opposing counsel re order to show cause | 52 |
| 41084.00000 | 12/14/2023 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | respond to client question re process | 53 |
| 41084.00000 | 12/14/2023 | BKG | P | 1 | 400.00 | 0.10 | 40.00 | Review of joint motion to extend answer deadline because of settlement (.10); | 54 |
| 41084.00000 | 12/15/2023 | BKG | P | 1 | 400.00 | 0.10 | 40.00 | Review of order granting motion to extend deadline for response to complaint (.10); | 55 |
| 41084.00000 | 01/08/2024 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | email with client Disbrow re status | 57 |
| 41084.00000 | 01/12/2024 | BKG | P | 1 | 400.00 | 1.50 | 600.00 | Review and edit draft settlement agreement (1.10); | 58 |

LLH             Monday 01/22/2024   9:13 am

DocuSign Envelope ID: 8C84D6F8-936E-48A5-A50D-5E04AE0E98FF

Date: 01/22/2024 **Detail Transaction File List** Page: 3
Cunningham Dalman, P.C.

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 41084.00000 Gonzalez/Amanda** | | | | | | | | | |
| | | | | | | | | and email exchanges with atty Howard re same (.30); tel conf with atty Howard re same (.10); | |
| 41084.00000 | 01/12/2024 | RMH | P | 1 | 300.00 | 0.60 | 180.00 | review motion and settlement agreement. suggest changes to BKG | 59 |
| 41084.00000 | 01/15/2024 | BKG | P | 1 | 400.00 | 0.40 | 160.00 | Email exchange with opposing counsel re marked up copies of the settlement agreement and motion to approve (.20); voice mail and tel conf with counsel re same (.20); | 60 |
| 41084.00000 | 01/15/2024 | BKG | P | 1 | 400.00 | 0.50 | 200.00 | Legal research re confidentiality and general release language in an FLSA settlement agreement (.30); email exchange with atty Howard and opposing counsel re same (.20); | 61 |
| 41084.00000 | 01/17/2024 | BKG | P | 1 | 400.00 | 0.50 | 200.00 | Review and approve next version of the settlement agreement and motion to approve settlement (.20); email exchange with atty Howard re same and direction re attorney fee affidavit and spreadsheet (.20); email to opposing counsel re same (.10); | 62 |
| 41084.00000 | 01/18/2024 | RMH | P | 1 | 300.00 | 0.50 | 150.00 | draft Exhibit B, run fee/cost report | 63 |
| 41084.00000 | 01/18/2024 | BKG | P | 1 | 400.00 | 0.30 | 120.00 | Review, edit drat affidavit in support of attorney fee petition (.10); e-note exchange with atty Howard re same (.10); tel conf with atty Howard re same and paralegal time (.10); | 64 |
| 41084.00000 | 01/18/2024 | RMH | P | 1 | 300.00 | 0.10 | 30.00 | review changes to affidavit, call with BKG re paralegal fees (.10) | 65 |
| **Total for Client ID 41084.00000** | | | | | Billable | 42.20 | 14,011.00 | Gonzalez/Amanda Employment - Bloomingdale Public Schools | |

| **GRAND TOTALS** |
|---|

| | | | | | Billable | 42.20 | 14,011.00 | | |
|---|---|---|---|---|---|---|---|---|---|